IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Crim. No. 11-172 |
| | ) | |
| EMERSON BEGOLLY | ) | |
| | ) | |

## ARRAIGNMENT PLEA

AND NOW, the Defendant in the above-entitled case, being arraigned, hereby pleads GUILTY in open Court to the charges in COUNT 1 of the Indictment filed at Crim No. 11-172 this 11th day of August, 2011.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)