RECEIVED
AUG - 4 2011
FPD-WDPA (PGH)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
            v.                  )        Criminal No. 11-172
                                )
EMERSON WINFIELD BEGOLLY        )

RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

        The following materials are provided to you pursuant to Local
Criminal Rule 16 of the Local Rules of Court for the United States
District Court of Western Pennsylvania:

        1.    **Copy of executed Rule 16 Receipt filed at Criminal No.
              11-29 on 2/9/11 (incorporated as discovery in Criminal
              No. 11-172).**
        2.    **FBI Lab Report dated 4/11/11**
        3.    **AMEF Posting 8/4/10 2:08 am**
        4.    **AMEF Posting 10/27/10 12:16 am**
        5.    **AMEF Posting 12/28/10 4:31 pm**
        6.    **AMEF Posting 7/25/10 7:08 pm**
        7.    **AMEF Posting 7/27/10 4:42 pm**
        8.    **The Explosives Course manual**

                          Respectfully submitted,

                          DAVID J. HICKTON
                          United States Attorney


                          JAMES T. KITCHEN
                          Assistant U.S. Attorney


                          8-4-11
                          Date


                          Receipt acknowledged by:


                          Counsel for Defendant


                          8/4/11
                          Date


Original to Magistrate
Copy for Defendant and USA