IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-29 & 11-172 |
| | ) | |
| EMERSON BEGOLLY | ) | |

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and James T. Kitchen, Assistant United States Attorney for said District, and pursuant to Rule 32(C)(4) of the Local Rules of this Court, respectfully represents as follows:

1. The government received the presentence report for Emerson Winfield Begolly, and certifies that its counsel subsequently conferred with opposing counsel, Marketa Sims, Esquire, and Tracy DeMartino of the United States Probation Office regarding the contents of the presentence report.

2. The government hereby states that it has no objections, additions or modifications to the presentence report.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: s/ James T. Kitchen
JAMES T. KITCHEN
Assistant U.S. Attorney
PA ID No. 308565
U.S. Attorney's Office
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
Office:  412-894-7402
Fax:  412-644-2645
Jimmy.Kitchen@usdoj.gov