# Attachment I - Supplement

# Page 3 of Bureau of Prisons Letter

James Kitchen
Assistant U.S. Attorney
July 3, 2013


Based on the information provided to me and my knowledge of BOP's resources, I believe the BOP will be able to provide appropriate care for Mr. Begolly to address his mental health issues.  The BOP has successfully provided mental health care for inmates with his conditions in the past, and I have every confidence that the BOP can do so in the future.

Please contact me if you have further questions or seek further information.

Sincerely,

Patti Butterfield, Ph.D.
Psychology Services Administrator
Federal Bureau of Prisons