Attachment F

Transcript of Conversation Between Begolly and

Confidential Informant

01:39:00 - Praying in Arabic

01:39:47

EB - Do you know what else they have on that Jerry Springer show?

UM - No

EB – all crack heads

UM – (inaudible)

EB says that Khalifah used to smoke crack too

UM – (inaudible) and you stated that 15 years in jail what?

EB – he says that he killed 2 CO's and he's a killer. He's a killer. Khalifah's a killer. You don't mess with people like that…you know….I bet you he'd kill woman and children too. Don't you think?

UM – I don't know.

EB – He read the heavy Dar El Salam didn't he?

UM – I don't know.

EB - He read the heavy Dar El Salam….You read it didn't you?

UM – I don't remember reading it.

EB – He read the heavy Dar El Salam….the heavy Dar El Salam said it is permissible to kill women and children...said it right here in Dar El Salam…that is what Dar El Salam says, ylu can't argue with an Arab, right….they are the best scholars in the world.

UM – What do you think Khalifah will do when he leaves the jail?

EB – he will probably hire Tom Nuttel to blow everybody up, that's what he said, that's what he'll do.

UM - Where's he going to go?

EB – He gonna go to Pakistan and learn how to cut people's heads off so he can come back here and cut peoples heads off.

UM – Who is Tom Nuttel?

EB – Tom Nuttel is a crack head, for $100, for a $100 he'll do anything….he'll kill anyone, rob a bank, he don't care, he's on crack, (inaudible) he'd kill woman and children, he's seen that Dar El Salam book.

UM – What do you want him to do when he leaves?

EB – Man anybody who did me wrong, he'd take them down to Florida, push them off the boat and feed them to the sharks.

UM – Like who?

EB – anybody, my mother, my brother, your brother

UM –Who did you wrong?

EB – Everybody.  The whole world spits on me, so I spit on the whole world..

UM – How did your mother do you wrong?

EB – She said that I was a killer

UM – (Inaudible)

EB – Yeah, what can you do?

UM – (Inaudible)

EB – yeah, rape, aggravated assault, assault and battery, arson.

UM – What will Tom Nuttel do to your mother?

EB – He's going to rape her with a hammer, then hit her over the head with it

UM – (Inaudible)

EB – feed her to the sharks

Inaudible exchange between UM and EB

UM – How much money you give him to do that?

EB – He'd do, $100, $50, $200, he don't charge much, just so that the man can get his crack…crack head.

UM – So you want him to take care of your momma?

EB – He will do whatever he has to do….he's a crack head…and he don't like woman and children.

UM - what do you want him to do to your brother?

EB – He's moving down to Florida with a faggot. Everybody knows that he's going down there with a faggot. You know they need some help.

UM – What do you want Tom Nuttel to do?

EB – He's going fishing and push him off a boat and feed him to the sharks…..Tom Nuttel going to smoke crack…and the one thing about Tom Nuttel and you know what it is? He don't snitch. Tom Nuttel don't snitch…he's just a crack head.

UM – Do you think he will listen to you?

EB – I'll tell you what, he'd listen to a 2 year old if a 2 year old told him to do it.

UM – For $100?

EB – For $100. If a 2 year old told Tom Nuttel to kill their mother, and said I'll give you $100…he'd do it and just go buy the crack. That's the kind of guy he is. Smokes crack.

UM – and then you want him to take care of your mother first huh.

EB – Well what can you do. He's a crack head. He'll do what he does. He's going to wind up getting her pregnant.

UM – (Inaudible)

EB – Tom?.....he's a crack head….killing all your people. Tom Nuttel.

UM – (Inaudible)

EB – Him and that lady too, he'd kill you too.

UM – (Inaudible)

EB – His name is Tom Nuttel, Khalifah,……..

UM – (Inaudible)

EB – Shit, they all went to prison, how…how they say, even all Mafia went to jail, everyone went to jail, everyone likes jail.

UM – (Inaudible)

EB – Somebody did 10 years in jail, what can you do, you take…commissary all day

UM – (Inaudible)

EB – It's got a universe without women. A universe without women.

UM – (Inaudible)

EB – No wife no children. If I had a wife and children, Tom Nuttel would probably windup on them and kill them too. That's the kind of guy he is.

UM – (Inaudible)

EB – I......(inaudible)....Sandusky, and Sandusky he'd be touching all them kids.

UM – What do you want Tom Nuttel to do?

EB – (Inaudible)....Sandusky. Tom likes Sandusky. What are you going to have Tom Nuttel do

UM – Kill some people for me for $400, you think?

EB – He can do it for less than $400. Who do you need him to take care of?

UM – A lot of people

EB – Tom Nuttel – he'll stab people...damn, you don't happen to know anybody in the BOP, do you?

UM – (Inaudible)

EB – You know some people that work in the kitchen?

UM – No.

EB – You know, shanks

UM – What shanks?

EB – A Shank.

UM – I don't know, what do you mean?

EB – A blade

UM – Like a knife of something?

EB – Yeah, anybody in the BOP got that?

UM – Yeah

EB – Right out of the kitchen huh?

UM - ?????

EB – There's this guy….gave him a phone card last week and you know I don't get my commissary. He ain't gonna pay me back so that's what you have to do..you have to take it back one way or the other huh?

UM – (Inaudible)

EB - gonna poke him..cut him in half and feed him to the cat. That's just the BOP, they don't play around, they're the Mexican Mafia.

UM – (Inaudible)

EB – (Inaudible)…..Khalifah is in Chave Mujahadin, that's what he claims….Somalia….He has a school for wayward boys. Him and Sandusky. Do you know that Sandusky was a gym teacher at his school. Sandusky was a school teacher there for all those wayward boys.

UM – (Inaudible)

EB – (Inaudible) He's like 80 years old but let me tell you, he put about 500 girls in ??? alone.

UM and EB – (Inaudible)

EB – (Inaudible) that's all I'm scared about. I think that that's why he was here. If they found him not guilty because the girl wouldn't even testifiy……

UM – (Inaudible)

EB – yeah, yeah, yeah he did say that, He said that he slept with his daughter and she was crying throughout the whole time..

UM – For $100 he can do anything huh.

EB – For $100 Tom Nuttel would probably, he'd probably kill a million people for $100 as long as they provided crack. He don't care.

UM – (Inaudible)

EB – You give him life in prison, he don't even care to get life in prison. He don't care. He's a good guy, he's very loyal and he don't snitch.

UM – You're friend?

EB – I known him for like 7 years and he's been smoking crack since before I was born. Did you ever smoke crack?

UM – No

EB – Heroin? What you smoke?

UM – I've never smoked.

EB and UM – (Inaudible)

UM – Your mom she is snitching….why do you want Tom Nuttel to take care of your mom first?

EB – Yeah. You know what can you do…

UM – (Inaudible)

EB - Tom, he'd kill her, he'd kill anyone, I don' t care.

UM – (Inaudible)

EB - ….probably throw her in the river. He drives a pickup truck, so you know, no one would see him.

1:51:00 – 1:52:00 (inaudible)

01:55:45 - EB – Yeah, you know what happens if you break someone who is bigger and stronger then you, right. There is always something laying around like that. A brick or a two by four. (Inaudible)

01:52:02 – EB – Did I tell you this one guy named uh, Tommy Zielinski, what did he tell you about him? He liked this one girl, and the girl didn't like him, do you know what he did?

UM – No

EB – He shot her and then killed himself….Bam

UM – (Inaudible)

EB – He shot himself 2 times. Yeah.

UM – (Inaudible)

01:52:33 – EB – When Khalifah gets out of jail he's gonna kill everyone in Pittsburgh, he's gonna blow up the whole city, he's probably gonna use a nuclear bomb…probably gonna make a nuclear bomb and blow up the whole city. That's the kind of guy he is. He always remembers, he holds grudges and he hates everybody.

UM – Have you ever seen bombs?

EB – No, but I heard about them from Khalifah. Khalifah knows all about that stuff. Yeah

UM – (Inaudible)

EB – He don't make them, he buys them straight from Pakistan.

UM – Did you buy some?

EB – I never bought them but I know that he can get them because he said he could. He said that he could get all of that stuff. Yeah

UM – (Inaudible)

EB – Yeah, just like I said, women and children, but that have to be not muslim, that's what Dar El Salam says.

UM – Do you believe him?

EB – huh, yeah (Inaudible) Tom Nuttel if he read that book and he's going to do it. He a crack head, smoke crack, what can you do.

UM – (Inaudile)

EB – I'll still be worried. Hell Tom Nuttel, he could see somebody's body part, Tom Nuttel he has all kinds of guns and everything. Tom Nuttel…….inaudible

EB – What time is it?

UM – (Inaudible)

EB – Well what can you do.

UM – (Inaudible) Tom Nuttel take care of your momma and brother, huh?

EB – What can you do, all through that girl, that girl that said about the risk that if he can't testify. What can you do.

UM – Take care of who?

EB – The girl who said that she was the rape victim.

UM – (Inaudible)

EB - Yeah I'll tell you a story, the was this one guy who raped a girl……..you know why?

UM – (Inaudible)

EB – Yes I'm serious, he spent 10 years in jail for a rape he didn't commit. 10 years for a rape he didn't commit……

UM – (Inaudible)

EB - ? had a moustache didn't he?

UM – Yeah

EB – Let me tell you about (?) when he went to kill, his target was a priest, he molested like 250 boys. Yeah.

UM – Like Sandusky huh?

EB – Worse than Sandusky. He was a priest….He was a priest. Yeah. Let me tell you what it's like down here in Natrona. Live guns, lot of drugs, lot of prostitution, every street corner they have drugs. Everyday somebody gets shot.

UM – (Inaudible)

EB – My whole family comes from Natrona.

UM – (Inaudible)

EB – Let me tell you, if you walk down the streets of Natrona, if you don't have a contact, you're going to get shot. I can walk down Chestnut Street at nighttime…..everybody knows about (inaudible).

01:56:35 – 01:56:50 Conversation between UM and EB Inaudible)

01:56:51 – EB - And start blowing up some………or something, that's what the Nigerians does it. They…..

UM – (Inaudible)

EB – No, they killed him last year.

UM – Who killed him>

EB – Um I guess the Air Force, they got him on the ground in Yemen.

UM – (Inaudible)

EB – Awe they killed the Saudi Arabian Ambassodor

UM – Who do you think they…..

EB - ? Khalifah's friends probably.

UM – You think…….

EB – No, no it was Khalifah's friends. I mean they're Americans aren't they?

UM – Who do you think is behind it?

EB – I don't really know, but as Khalifah would say, yeah, people like him you know they all like me, they like.....huh?

UM – Yup

EB – All he did all day was walk around with his cane, talk about fighting. Do you know Siad Achmed?

UM – No.

EB – You don't know of Siad Achmed?

UM – No, I've heard of him (Inaudible)

EB – Ah he was a good friend of Khalifah's. He was with the Taliban....the people fighting in Afghanistan, that's what Khalifah says. He knows all about it, he has contacts there on the ground he says, yeah on the ground. You know his teacher is from the same school as them, yeah that's what they said in court. He'll come back to jail, he'll come back for a second tour of duty.

UM – (Inaudible)

EB – No, you have a brother right, who is just like a real big.......right?

UM – (Inaudible)

EB – If Tom Nuttel wants to he could kill????He don't care. Tom Nuttel, he's a crack head he don't care.

UM – (Inaudible)

EB – Let me tell you what, he would listen to a 4 year old if the 4 year old would pay him $100, anybody, anybody he'd listen too. Crack head. He smokes crack. What can you do.

UM – Has he ever done anything for you before.

EB – Not for me but for Khalifah. He used to rob people and sell the stuff to Khalifah. Honestly I think he even robbed my dad. He used to rob everything for Khalifah.

UM – For crack?

EB – For crack and for guns. He used to steal guns and sell them to Khalifah for crack. You won't believe how much he gambled for crack.

UM – Really? How do you know this?

EB – 15 years ago he spent like I think 4 years it was in jail in the Western Penitentary for crack.......? Put a lock on him.

UM – (Inaudible)

EB – Marvin Thomas Jr.....

UM - (Inaudible)

EB – No and he said that ???? feel like that was his uncle. He's not the worst.

UM & EB – (Inaudible)

EB – Hey what do you think if they charge you interest on something.

UM – (Inaudible)

EB – You know if someone says if you lend me $100 and pay you back next week for $150, what's that called?

UM and EB (Inaudible)

02:01:13 – EB – (Inaudible)....you don't pay it and they (inaudible)...you kill them you fight them yeah. So what can you do. That's why I never...............but that's why I don't take interest either. If somebody tried charging (?) you say I'm not going to pay it, and if (?) says I have to pay it, you have to pay them.

UM – Do you think he will come back?

EB – Most definitely.

UM – Like who?

EB – I don't know. You, me, Khalifah, Tom Nuttel, all of us. We all come down and share the same cell. How much time do you think we would get?

UM – 10-15 years you know.

EB – Do you know much time you got for 15 years? 12 1/2 . Do you know how time you would get for 10 years? 8 ½. What can you do.

UM – (Inaudible)

EB – On the outside your not guaranteed to eat every day, and here you are. It like a universe without living.......(Inaudible) What can you do.

UM – Yeah. (Inaudible)

EB – They're crack heads. All crack. What about the 15 years in jail for smoking crack. Can you see (?) on the witness stand and sign like a bird. ….Talking on the witness stand, will get her a 5K. Do you know what a 5K is?

UM – No

EB – You don't know a 5K?

UM – No

EB – That's what snitches get.

UM – (Inaudible)

EB – Tom Nuttel will never get a 5K.

UM – When he leaves, he (Tom Nuttel) will take care of her (EB Mother)

EB – If he didn't do it already. You know why I hadn't heard from her in 2 years, Tom Nuttel probably already had got her a couple of months ago.

UM – (Inaudilbe)

EB – Probably killed her. Why else wouldn't your own mother talk to you while you were in jail, unless somebody got her. Tom Nuttel is a loyal friend. If anybody wronged his friends he'll go after them.

UM – (Inaudible)

EB – Yeah, he knows nobody causes him no trouble. EB & UM talking (Inaudible)

UM – Who's Ariba?

EB – Ariba, he's a supermodel from Egypt. UM and EB talking (inaudible)

02:04:58 – EB – hey everybody (Inaudible)….You know anyone who did it.

UM – What

EB – Do you know people who ?????? Yeah, what time is it?

UM – 12:25

EB – really? Tom Nuttel. (no conversation)

UM – Tom Nuttel your buddy, yeah

EB – Tom Nuttel, he……

UM – Primarily......

EB – Let me tell you, I, we went to school together. He was held back for so many years, he was like 20 years old whenever he was in the 10th grade, because he got held back so long.

UM – So you want to get a knife, yeah?

EB – awe if you can get one from BOP. They have them all the time in the BOP. They make them there..huh..I think (Inaudible)

UM – No I don't think they (inaudible)

EB – Sure you can. BOP

UM - .........can make knifes, huh?

EB – As I'm hearing huh. Yeah, what do you do if someone owes you a phone card?

UM – (Inaudible) phone card?

EB – I don't know, what would you do if somebody owes you a phone card?

UM – (Inaudible)

EB – I guess he don't like white people. What can you do

UM – (Inaudible)

EB – He only has like 4 days left, it would be a shame huh?

UM – Who?

EB – The guy that owes me the phone card

UM – (Inaudible)

EB – No, he only had 4 days left in jail....If something don't happen to him whenever he get out, Tom Nuttel will be waiting in the parking lot for him.

UM – Are you going to get him before he leave?

EB – Or Tom Nuttel will get him.

UM – No I mean try to get him before he leave

EB – Yeah, what can you do, running down the hall, he has to jump on him. If you cut him up, they couldn't do nothing. What would they do? Just take away your good time huh? Say he started it, say he started the fight and all they will do is take away your good time and that's it.

And I ain't even sentenced. My good time ain't even been started. He owns that phone card. How else am I going to call Ariba, without my phone card.

UM – (Inaudible)

EB – He is everybody's friend, you know what, he probably stole a million peoples pin number and he used to call up people on the phone (Inaudible) Yeah that's what he likes talking about is fighting.

02:08:25 – 02:08:36 (Inaudible)

EB – Yeah that's where his wife is from. His wife is from (Inaudible) Yeah. That's why he's here isn't it.

UM – How much he got?

EB – I think about 5 years.

UM – (Inaudible)

EB – You were saying about 5 years…….15…you know what that means huh?

UM – yup

EB – probably snitching. You know what, I think he was the one who testified on Sandusky huh.

UM – (Inaudible)

EB – Didn't you see on the Sandusky trial that Mr. Alex Healy takes the stand.

UM – Did Tom Nuttel do you think he can get the …….

EB – Alla, if you wanted a surface to air missle, Tom Nuttel can get it for you. He could build it. He could build you even a SAM rocket.

UM – (Inaudible)

EB – He don't steal it…he gets it from Pakistan. Yeah. He will sell it to you.

UM – You said he lived on something road, where is he from?

EB – New Kensington

UM - You said he lived with somebody from ???

EB – Yeah that guy that he live with, in New Kensington, he was a terrorist and all that he knew how to do was drive a bulldozer , yeah he learned how to drive a bulldozer so that he could knock over buildings and highways with it.

UM – (Inaudible)

EB – Yeah stole over a car and whatever (UM interrupts) (Inaudible)

EB – I don't know

UM – I think say $100 one.

EB - $100 but I don't know how many months. My dad looked into the car and seen the police…He took the car away and took all the money. Tom Nuttel was going to kill my dad. That's how violent he is. He was going to kill him. So Tom Nuttel had to, um, my dad had to give Tom Nuttel the car back. He was too violent.

UM – (Inaudible)

EB – One time I seen on Jerry Springer, theres this guy who got married to a whore. You know what, speaking of whores, one time I seen on Jerry Springer, this guy got married to a prostitute. Oh well what can you do huh.

UM – How your mom she set you up?

EB – Wendy's. I went there to go get a frosty and they were dressed like they were dressed at Wendy's. You know the little maids thing and everything. They had, the girl worked at Wendy's. They all looked like they were working here and then I said I'd like to get a frosty, man they all pulled their guns on me and said freeze. What can you do?


02:12:18 conversation ends.