IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America         )
                                 )
   vs.                           ) Criminal Number **11-172-001**
                                 )
**EMERSON BEGOLLY**              )

The above named defendant satisfied the judgment of  **JULY 16, 2013**
by  paying on  **JULY 16, 2013**   the full balance due on court ordered:

  _X_   Assessment

  ____   Fine

  ____Costs

  ____ OTHER

The Court's docket and judgment index should be marked to reflect  satisfaction of the judgment.

_____          07-19-2013
Deputy Clerk                       Date